IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| KELLY ZUNINO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAKE READY, LLC AND MKRDY ) <br> CHARLESTON, LLC, ) <br> ) <br> Defendants. ) <br> ) | ) Civil Action No.:  2:23-cv-3329-BHH-MGB <br> ) <br> ) **DEFENDANTS' ANSWERS TO** <br> )    **LOCAL RULE 26.01** <br> )    **INTERROGATORIES** |

Defendants Make Ready, LLC and MKRDY Charleston, LLC, ("Defendants"), make these responses to Court-designated interrogatories pursuant to Local Rule 26.01, DSC:

(A)  State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE:  Defendants are not aware of any person or entity that may have a subrogation interest at this time.**

(B)  As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:  Plaintiff has requested a trial by jury.**

(C)  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE:  Defendants are not publicly owned companies.  Defendants are not the parent, subsidiary, partner, or affiliate of any publicly owned company, no publicly owned**

**company owns 10% or more of Defendants' indicia of ownership, and Defendant does not own 10% or more of the outstanding shares of any publicly owned company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:  Plaintiff filed the original case in the Charleston County Court of Common Pleas.  Removal to this District is proper.**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:   Defendant is not aware of this case relating to any other matter filed in this District.**

(F)     If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Defendant MKRDY Charleston LLC is properly identified.  The correct identification for Make Ready LLC is Makeready, LLC.  Counsel for Defendant will accept service of an amended summons and complaint reflecting the correct identification.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**RESPONSE: Defendant does not so contend at this time.**

Dated: July 12, 2023                    GORDON REES SCULLY MANSUKHANI LLP

By   *s/Kerry K. Jardine*
     Kerry K. Jardine (Fed 11921)
     E-mail: kjardine@grsm.com
     Matthew K. Harrison (Fed 12939)
     E-mail: mharrison@grsm.com
     40 Calhoun Street, Suite 350
     Charleston, SC 29401
     Telephone: (843) 278-5900
     *Attorneys for Defendants*